NUMBER 13-00-362-CV





COURT OF APPEALS





THIRTEENTH DISTRICT OF TEXAS





CORPUS CHRISTI

____________________________________________________________________




GARY AND KIMBERLIE RAYBURN, Appellants, 



v.





DEPARTMENT OF PROTECTIVE AND 

REGULATORY SERVICES, Appellee.


____________________________________________________________________




On appeal from the 343rd District Court

of
San Patricio
 County, Texas.

____________________________________________________________________




O P I N I O N





Before Chief Justice
Seerden and Justices Dorsey and Rodriguez 

Opinion Per Curiam





Appellants, GARY AND KIMBERLIE RAYBURN, perfected an appeal
from a judgment entered by the 343rd District
 Court of San Patricio County, Texas,
in cause number S-99-5357FL-C. The clerk's record was filed on June 29, 2000. The reporter's record was filed on September 1, 2000. Appellants' brief was due on October 1, 2000. To date, no appellate brief has been
received. 

When the appellant has failed to file a brief in the time prescribed, the
Court may dismiss the appeal for want of prosecution, unless the appellant
reasonably explains the failure and the appellee is
not significantly injured by the appellant's failure to timely file a brief. Tex.
R. App. P. 38.8(a)(1). 

On October 17, 2000, notice was given
to all parties that this appeal was subject to dismissal pursuant to Tex. R.
App. P. 38.8(a)(1). Appellants were given ten days to
explain why the cause should not be dismissed for failure to file a brief. To
date, no response has been received. 

The Court, having examined and fully considered the documents on file,
appellants' failure to file a proper appellate brief, this Court's notice, and
appellants' failure to respond, is of the opinion that the appeal should be
dismissed for want of prosecution. The appeal is hereby DISMISSED FOR WANT OF
PROSECUTION. 

PER CURIAM 



Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed 

this the 21st day of
December, 2000